Argued and submitted October 16, appeal dismissed November 12, 1987

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT G. SPENCER,
*Appellant.*

(DA335277; CA A44235)

744 P2d 1009

William Uhle, Portland, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a trial court order which denied his motion to dismiss on the ground of former jeopardy. There is no judgment of conviction or any basis for an interlocutory appeal in this case. ORS 138.040. Defendant does not seek a writ of mandamus. *See State ex rel Wark v. Freerksen,* 84 Or App 90, 733 P2d 100 (1987). The order denying his motion is not appealable. Therefore, we dismiss the appeal.

Appeal dismissed.